## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

ERIC DEMOND RUSSELL                                                    PLAINTIFF

V.                              CASE NO. 6:25-CV-6099

WAYNE MCMURRY                                                         DEFENDANT

### ORDER

Now before the Court is the Report and Recommendation (Doc. 14) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. On March 13, 2026, the Court granted Plaintiff's motion to reconsider the Court's order of dismissal and directed the Clerk to mail him a copy of the Report and Recommendation at his new address. He was granted twenty-one additional days to file objections. The deadline has now passed, and no objections were filed.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g) and thus, **the Clerk is directed to place a § 1915(g) strike flag on the case** for future judicial consideration.

**IT IS SO ORDERED** on this 7th day of April, 2026.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE